**Dennis L. CLARK, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7059.

United States Court of Appeals, Federal Circuit.

Aug. 17, 2007.

Sandra E. Booth, of Columbus, OH, argued for claimant-appellant.

Martin F. Hockey, Jr., Attorney, Commercial Litigation Branch, Civil Division,

---

1. Honorable Elaine E. Bucklo, District Judge, United States District Court for the Northern District of Illinois, sitting by designation.

United States Department of Justice, of Washington, DC, for respondent-appellee. On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Franklin E. White, Jr., Assistant Director, and Roger A. Hipp, Trial Attorney. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Amanda R. Blackmon, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Before NEWMAN and MOORE, Circuit Judges, FARNAN, Jr.,* District Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.